Gregory L. Weeks, Esq., CSB No. 58584
Janet Robertson Kaufman, Esq., CSB No. 116143
Gregory K. Nelson, Esq., CSB No. 203029
Chandler G. Weeks, Esq., CSB No. 245503
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
Telephone: (858) 794-2140
Facsimile: (858) 794-2141
Email: office@wknjlaw.com

Attorneys for Plaintiffs

FILED
2008 MAY -5 PM 2:54
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA
BY:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RED.COM, INC. dba RED DIGITAL CAMERA, a Washington corporation,

Plaintiff,

vs.

EPIC GAMES, INC., a Maryland corporation,

Defendant.

Case No.: **SACV08-00494 DOC (ANx)**

COMPLAINT FOR DECLARATORY RELIEF

DEMAND FOR JURY TRIAL

Plaintiffs, Red.com, Inc. dba Red Digital Camera (hereinafter referred to as "Red"), complains of Defendant Epic Games, Inc. (hereinafter referred to as "Games") and alleges as follows:

**JURISDICTION AND VENUE**

1. Jurisdiction over this action is founded upon 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338. Venue is proper under 28 U.S.C. §§ 1391(b-c) and 28 U.S.C. § 1400(b). The claim arose in this judicial district and Defendant is doing business in this judicial district.

... ... ...

... ... ...



MAY-05-2008 16:17 CAL EXPRESS OF LA 2139897896 P.002

## THE PARTIES

2. Plaintiff Red is a corporation organized and existing under the laws of the state of Washington having its principal place of business located at 20291 Valencia Circle, Lake Forest, CA 92630, within this judicial district.

3. Plaintiff is informed and believe, and thereupon alleges, that Defendant Games was and is a corporation duly organized and existing under the laws of the state of Maryland with its principal place of business located at 620 Crossroads Boulevard, Cary, North Carolina 97511, and doing business in California and within this judicial district.

## FACTUAL BACKGROUND

4. Red is the inventor, manufacturer and seller of high performance digital cinema cameras. Red began selling its first digital camera on or about August 31, 2007. On or about April 15, 2008, Red publicly announced and displayed its new 5K EPIC digital cinema camera. The Epic digital cinema camera will be available for purchase by the public in early 2009 and features S35MM new Mysterium X Sensor, and a six pound fully machined aluminum body. Red has already engaged in extensive marketing and advertising campaigns to promote the Epic digital cinema camera.

5. On February 8, 2008, Red filed an intent to use Trademark Application, Serial No. 77/392,287 for the word mark "Epic" for use in connection with digital cinema camera systems and accessories, which is now pending.

6. Defendant Games, through its attorneys Hunton & Williams, sent a cease and desist letter dated April 22, 2008 to Red alleging that Games is the owner of the Epic mark including Trademark Registration No. 2,168,887 for computer game software for personal computers, home video game consoles and arcade based video game consoles in Class 9 and further is the owner of the mark Epic Games, including Trademark Registration No. 2,527,709 for computer game

software for personal computers, home video game consoles and arcade based video game consoles in Class 9. Defendant Games has demanded that Red withdraw its pending trademark application and cease and desist from the use of the "Epic" mark in any further registration applications or in conjunction with its business.

7. Red has begun the promotion and marketing of its Epic digital cinema camera system under a cloud of real and substantial controversy inasmuch as Games claims that the Red word mark "Epic" will violate Games' trademark rights.

**FIRST CLAIM FOR RELIEF**

**Declaratory Judgment of Non-Infringement**

8. The allegations of paragraphs 1 through 6 are repled and realleged as though fully set forth herein.

9. Plaintiff Red files this claim against Defendant Games and seeks a declaration that it has not and does not infringe in any way on U.S. Registered Trademark Nos. 2,168,887 and 2,527,709 allegedly owned by Games or any common law trademark rights claimed by Games. Further, Plaintiff Red seeks a declaration that it is not required to withdraw or cancel its pending Trademark Application No. 77/392,287.

10. This is a claim arising under Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 and under the trademark laws of the United States, 15 U.S.C. §§ 1121. This court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338. Venue is established under 28 U.S.C. §1391 (b) and (c).

11. Defendant Games claims to be the owner of U.S. Registered Trademark Nos. 2,168,887 and 2,527,709 which Games alleges are being infringed by Red.

12. Plaintiff Red disputes the validity of U.S. Registered Trademark Nos. 2,168,887 and 2,527,709 allegedly owned by Games and further contends

that there is no likelihood of confusion between those marks and the mark currently used by Red for its Epic digital cinema camera.

13. Accordingly, there is substantial and actual controversy between Red and Games over whether Red infringes Games' U.S. Trademark Nos. 2,168,887 and 2,527,709 or any other common law trademark rights held by Games. Plaintiff Red seeks resolution of the issues asserted in this claim as the allegations and claim made by Defendant Games have passed a cloud over Plaintiff's ability to conduct business and promote its "Epic" product so long as these issues regarding the trademarks remain unresolved. Plaintiff Red therefore needs and seeks resolution of the issues asserted in the claim.

14. Plaintiff is entitled to declaratory relief.

WHEREFORE, Plaintiff prays as follows:

1. That it be adjudicated and declared that Plaintiff does not infringe U.S. Registered Trademark Nos. 2,168,887 and 2,527,709;

2. That Defendant Games be enjoined from asserting that Plaintiff, its officers, agents, representatives, stockholders, owners, investors and/or customers infringe, contributorily infringe or induce infringement of any claims of U.S. Registered Trademark Nos. 2,168,887 and 2,527,709;

3. That Defendant Games be enjoined from bringing suit against any officers, agents, representatives, stockholders, owners, investors and/or customers of Red alleging they infringe, contributorily infringe or induce infringement of the claims of U.S. Registered Trademark Nos. 2,168,887 and 2,527,709;

4. That Plaintiff Red not be required to withdraw or cancel its pending Trademark Application No. 77/392,287 for Red's Epic Digital Cinema Camera;

… … …

… … …

… … …

… … …

5. That Plaintiff have such other and further relief as circumstances of this case may require and that this court may deem just and proper.

DATED: May 5, 2008 WEEKS, KAUFMAN, NELSON & JOHNSON

GREGORY L. WEEKS
Attorney for Plaintiff, RED.COM, INC.

**JURY DEMAND**

Plaintiff hereby requests a trial by jury in this matter.

DATED: May 5, 2008 WEEKS, KAUFMAN, NELSON & JOHNSON

GREGORY L. WEEKS
Attorney for Plaintiff, RED.COM, INC.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of California

RED.COM, INC. dba RED DIGITAL CAMERA, a Washington corporation

V.

EPIC GAMES, INC., a Maryland corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **SACV08-00494 DOC (ANx)**

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory L, Weeks, Esq.
Weeks, Kaufman, Nelson & Johnson
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERRI R. CARTER
CLERK

MAY - 5 2008
DATE

ROLLS ROYCE PASCHAL
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Red.com, Inc. dba Red Digital Camera, a Washington corporation

**DEFENDANTS**
Epic Games, Inc., a Maryland corporation

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Orange County, CA

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Wake County, North Carolina

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Weeks, Kaufman, Nelson & Johnson
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
(858) 794-2140

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT: $**__________

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
This is a case for declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202 and 35 U.S.C. Sections 1 et seq.

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities /Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**TORTS — PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☑ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: ____________________.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
Orange County, California

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
Wake County, North Carolina

**List the California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
Orange County, California

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** [signature] **Date** May 5, 2008

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |